

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| KAREN DANETTE TRENT,<br>Plaintiff, | § § § § | |
| vs. | § | CIVIL ACTION NO. 0:16-2624-MGL |
| NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br>Defendant. | § § § § | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

This is a Social Security appeal. Pending before the Court is Plaintiff's motion for attorney fees in the amount of $3,563.07 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Defendant does not oppose the motion.

Having carefully considered the motion, the response, the record, and the relevant law, it is the judgment of the Court the motion is **GRANTED**.

**IT IS SO ORDERED**.

Signed this 11th day of December, 2017, in Columbia, South Carolina.

/s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE